**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01693-CV

**RXEDO CONSULTING SERVICES, LTD., A TEXAS LIMITED PARTNERSHIP,**
**Appellant**

**V.**

**AMERIPLAN CORPORATION, A TEXAS CORPORATION, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04146-2009**

## ORDER

We abated this appeal on March 13, 2014 to allow the parties an opportunity to settle. By motion filed June 17, 2014, the parties inform us they have settled and move to dismiss the appeal. Accordingly, we **REINSTATE** the appeal. The motion to dismiss will be determined separately.

/s/     ELIZABETH LANG-MIERS
JUSTICE